# UNITED STATES DISTRICT COURT
# BOSTON MASSACHUSETTS DISTRICT

| | |
|---|---|
| Steven L Smith, ] | |
| Plaintiff ] | |
| Vs. ] | Docket No._____ |
| Defendants ] | |
| Sheriff Lewis of Worcester County Jail ] | |
| Correctional Officer Richard Byrnes ] | |
| (In both official and individual capacities) | |

# **CIVIL COMPLAINT**

1. THIS ACTION IS BEING FILED UNDER UNITED STATES U.S.C 42 1983 CIVIL RIGHTS LAW
2. THE PLAINTIFF HAS ATTACHED DOCUMENTATION TO PROVE THAT HE FILED A GRIEVANCE TO EXHAUSTION AS MANDATED TO PROCEED WITH THIS ACTION.
3. ADDITIONALLY, PLAINTIFF ATTACHES A 10 PAGE, **INTERNAL AFFAIRS INVESTIGATION REPORT,** (DATED 11-21-2019), WRITTEN BY WORCESTER JAIL'S INTERNAL AFFAIRS OFFICER, CHRISTOPHER LENNON, THAT OFFICIALLY **SUBSTANTIATES ALL OF PLAINTIFF'S ALLEGATIONS.**
4. THE PLAINTIFF IS INCARCERATED, AS A PRE-TRIAL INMATE, AT THE BERKSHIRE COUNTY JAIL, 467 CHESHIRE ROAD, PITTSFIELD, MA 01201
5. DEFENDANT SHERIFF LEWIS IS THE SHERIFF OF THE WORCESTER COUNTY JAIL, 5 PAUL X TIVNAN DRIVE, WEST BOYLSTON, MA 01358
6. DEFENDANT C.O. BYRNES IS OR WAS A CORRECTIONAL OFFICER AT THE WORCESTER COUNTY JAIL, 5 PAUL X TIVNAN DRIVE, WEST BOYLSTON, MA 01358
7. THE PLAINTIFF FILED AND WITHDREW A TORT CLAIM IN WORCESTER SUPERIOR COURT. IT WAS THE INCORRECT VENUE FOR MONETARY REDRESS.
8. THE PLAINTIFF HAS NOT FILED PREVIOUS LAWSUITS IN MASSACHUSETTS. PLAINTIFF FILED <u>A NON-FRIVOLOUS</u> COMPLAINT IN NEW YORK. IT INVOLVED GREEN HAVEN CORRECTIONAL FACILITY RECORDS EMPLOYEE MICHELE LIOIDICE REFUSING TO FILE PAPERWORK UNDER THE I.A.D. IT WAS DISMISSED WITHOUT PREJUDICE. PLAINTIFF COULD HAVE REFILED AN AMENDED COMPLAINT BUT CHOSE AGAINST DOIING SO.

**UNITED STATES DISTRICT COURT**
**BOSTON MASSACHUSETTS DISTRICT**

# STATEMENT OF CLAIM

9. FIRST, EVERYTHING IN MY ATTACHED GRIEVANCE, AND ITS THREE PAGE ATTACHMENT, AND THE 10 PAGE INTERNAL AFFAIRS INVESTIGATION REPORT FINDINGS ARE TO BE INCLUDED IN THIS COMPLAINT.
10. CHRISTOPHER LENNON, WORCESTER COUNTY JAIL'S INTERNAL AFFAIRS OFFICER, ADDRESSED MY GRIEVANCE. HE INVESTIGATED MY COMPLAINTS AND SUBSTANTIATED ALL OF THEM. MOREOVER, HE FOUND OFFICER BYRNES GUILTY OF NUMEROUS VIOLATIONS. (SEE LINE #~~32~~ 46)
11. I WAS UNABLE TO APPEAL OR PURSUE MY GRIEVANCE FURTHER BECAUSE I WAS TRANSFERRED LESS THAN 24 HOURS AFTER SUBMITTING IT---JUST AS I HAD FEARED I WOULD BE--JUST AS C.O. BYRNES HAD THREATENED AND ASSURED ME.
12. IT WAS ALSO MOOT TO PURSUE THE GRIEVANCE BECAUSE IT WAS REFERRED TO INTERNAL AFFAIRS.
13. MY GRIEVANCE REMEDY SPECIFICALLY REQUESTED THAT I NOT BE *TRANSFERRED*.
14. I WAS A PRE-TRIAL INMATE HOUSED AT THE WORCESTER COUNTY JAIL'S ANNEX. THE ANNEX IS AN AUXILIARY BUILDING UTILISED, DURING THESE EVENTS, **TO HOUSE PROTECTIVE CUSTODY INMATES.** THE ANNEX IS AN OPEN DORM SETTING WITH 50 BUNK BEDS. THE MAXIMUM CAPACITY IS 100. AT THE TIME OF THESE EVENTS, THERE WERE APPROX., 55 INMATES IN THE ANNEX DORM.
15. PLEASE NOTE THAT I WAS ON PROTECTIVE CUSTODY STATUS. I HAD BEEN IN THREE OTHER JAILS: BARNSTABLE, PLYMOUTH AND BRISTOL. I HAD TROUBLE AT ALL OF THEM BECAUSE OF MY CHARGES. ERGO, MY SAFETY WAS A MAJOR ISSUE OF MY CUSTODY. I WAS TRANSFERRED TO WORCESTER BECAUSE I NEEDED PROTECTIVE CUSTODY.
16. BECAUSE OF MY CHARGES, I RECEIVED QUITE A BIT OF VERBAL HARASSMENT FROM OTHER INMATES. (CHARGES THAT I AM NOT GUILTY OF COMMITTING!) THAT CAN BE EXPECTED, BUT THERE WAS ALSO A CORRECTIONAL OFFICER THAT MESSED WITH ME--- AND ENCOURAGED OTHERS TO DO SO---AND THAT WAS OFFICER RICHARD BYRNES.
17. C.O. BYRNES MADE OFFENSIVE COMMENTS, ON A REGULAR BASIS, ABOUT MY ALLEGED CRIME, MY SEXUALITY, AND ATHEISTIC BELIEF'S. HE SPENT A LOT OF TIME, ON THE JOB, PROSELYTIZING HIS RELIGIOUS VIEWS. HE REWARDED THOSE THAT AGREED AND SHARED HIS IDEOLOGY AND PUNISHED THOSE THAT DISAGREED.
18. C.O. BYRNES HAD MANY COMPLAINTS MADE AGAINST HIM BUT NEITHER HIS SUPERVISORS NOR THE SHERIFF TOOK ANY ACTIONS TO INTERVENE AND STOP HIM.

# UNITED STATES DISTRICT COURT
# BOSTON MASSACHUSETTS DISTRICT

19. MANY OF HIS FELLOW OFFICERS WERE AWARE OF HIS CORRUPTION. HE INSISTED THAT HE ALONE "RUN" THE DORM. ASSIGNING INMATES TO JOBS AND BUNKS TO EITHER REWARD, PUNISH, HARASS AND/OR RETALIATE. <u>AS DESCRIBED IN MY ATTACHED GRIEVANCE AND DOCUMENTED BY CHRISTOPHER LENNON'S **INTERNAL AFFAIRS REPORT FINDINGS.**</u> FOR EXAMPLE, TIMOTHY KUPUTIS IS A 400LB GUY THAT SNORES LIKE A WILDERBEAST. IF YOU PISSED OFF BYRNES---YOU'D FIND YOURSELF IN A BUNK ADJACENT TO TIMOTHY! OR AS HE DID IN MY CASE, HE PLACED A YOUNG, GAY MALE, ON THE TOP OF MY BUNK...KNOWING IT WOULD RESULT IN MY REDICULE AND HARASSMENT. HE TOLD THE GUY, IF SMITH MESSES WITH YOU---FILE A PREA ON HIM!

20. HERE I AM, FACING A LIFE SENTENCE AND FALSELY ACCUSED OF A SEX CRIME AND C.O. BYRNES IS TRYING TO SET ME UP. IT WORKED ONCE. I WAS FALSELY ACCUSED. BYRNES HAD MOVED DAN TO MY BUNK, INEXPLICABLY. SOON, THIS OPENLY GAY KID, DAN, WAS FILING A PREA ON ME. HE TOLD STAFF I STALKED HIM IN THE SHOWERS AND BATHROOM. WHEN INVESTIGATED, IT WAS PROVEN FALSE! <u>BYRNES ORCHESTRATED THE ENITIRE THING. HE MOVED DAN ON TOP OF MY BUNK AND GAVE HIM STAFF TRAYS TO FILE A FALSE PREA.</u> I AM FIGHTING FOR MY LIFE AND THIS OFFICER IS TRYING TO SINK ME! **THIS INCIDENT IS DESCRIBED IN MY GRIEVANCE'S THREE PAGE ATTACHMENT.**

21. HE ALSO MADE ASSIGNMENTS TO HARASS, REDICULE AND **RETALIATE FOR COMPLAINTS EITHER AGAINST HIMSELF OR OTHER STAFF.** THE 10 PAGE **INTERNAL AFFAIRS INVESTIGATION REPORT** ATTACHED TO THIS COMPLAINT SUBSTANTIATES PLAINTIFFS ASSERTIONS. ITS FINDINGS PROVE THE VERACTIY OF MY ALLEGATIONS. C.O. BYRNES MADE BUNK ASSIGNMENTS SIMPLY TO <u>RETALIATE AND HARASS ME.</u> **TWICE!**

22. THE HARASSMENT WAS GROWING MORE AND MORE EGREGIOUS. UNTIL ON 11-19-2020 OFFICER BYRNES WENT INTO THE OFFICER,'S BUBBLE, GOT HIMSELF A BANANA AND A BLUE GLOVE. HE THEN GAVE IT TO INMATE JEFF AND DIRECTED HIM TO GO "FUCK WITH SMITH." AND TO "STICK IT INTO SMITH'S FACE AND ASK IF HE WANTS TO SUCK IT."

23. THE INMATE DID AS HE WAS TOLD, HIMSELF WORRIED OF BYRNES RETALIATORY WAYS, (A FACT CONFIRMED BY CHRISTOPHER LENNON OF INTERNAL AFFAIRS WHOM INTERVIEWED JEFF AND RETURNED HIM TO THE DORM ALONG WITH ME) AND ACCOSTED ME WITH THE BANANA SHOVED UP CLOSE TO MY FACE AND ASKED, "DO YOU WANT TO SUCK IT?"

24. WHILE THIS HAPPENED, C.O BYRNES STOOD ALONGSIDE SEVERAL OTHER INMATES LAUGHING AT MY DEEP ANGER AND HUMILIATION. I TOOK THE BANANA OUT OF JEFF'S HAND AND THREW IT. I WANTED TO PUNCH JEFF IN THE FACE. OF COURSE, IF I DID SO, I WOULD HAVE BEEN CHARGED WITH ASSAULT! AND C.O. BYRNES WOULD HAVE WRITTEN THAT REPORT TO EXCLUDE HIS ROLE IN THE INCIDENT. FOR THIS IS WHAT HE WAS DOING. UTILIZSING HIS POSITION, UNDER COLOR OF LAW, TO HARASS, INTIMIDATE, AND RETALIATE AGAINST INMATES. RUMOR HAD IT THAT HE ALSO DID SO AGAINST STAFF MEMBERS SUCH AS OFFICER GENTILE.

# UNITED STATES DISTRICT COURT
# BOSTON MASSACHUSETTS DISTRICT

25. <u>C.O. BYRNES ORCHESTRATED THE ENTIRE HARASSMENT. IT WAS FAR FROM THE FIRST TIME C.O BYRNES HAD INSTIGATED OTHERS TO HARASS, REDICULE, AND DISPARAGE ME. HE HAD ALSO SENT INMATES TO THREATEN ME. I HAD SIMPLY REACHED A POINT WHERE I COULD NO LONGER TAKE HIS ABUSE. I DECIDED IT WAS TIME TO FILE A GRIEVANCE.</u>

26. I WAS AFRAID TO FILE A GRIEVANCE BECAUSE IN ALL LIKELIHOOD, <u>IT WOULD LEAD TO MY TRANSFER BACK TO BARNSTABLE JAIL.</u> I SUFFERED GREATLY AT THAT FACILITY AND DID NOT WANT TO RETURN. HOWEVER, IT WAS WELL KNOWN, INMATES FROM OTHER COUNTY'S RISKED BEING RETURNED TO THEIR RESPECTIVE COUNTY <u>IF THEY BECAME A PROBLEM.</u> MR. BYRNES, A LONG-TIME CO, WAS WELL AWARE OF IT. HE USED THE THREAT OF TRANSFER TO RETALIATE BY TELLING ME "YOU KNOW, IF YOU FILE A GRIEVANCE, THEY'LL SHIP YOUR ASS BACK TO BARNSTABLE!" FURTHER, "YOU WON'T BE IN A DORM AND OUT ALL DAY. YOU'LL BE LOCKED DOWN INSIDE OF A CELL."

27. BEFORE I COULD FILE A GRIEVANCE C.O. BYRNES ACCOSTED ME AT MY BUNK AND APOLOGISED FOR HIS ACTIONS. AT FIRST, HE SEEMED CONTRITE. RELUCTANTLY, I AGREED NOT TO FILE A GRIEVANCE. HOWEVER, IN TRUTH, I FELT INITMIDATED. I KNEW HE WOULD TARGET ME FURTHER IF I FILED A GRIEVANCE ON HIM. THERE WAS A LOT THAT HE COULD DO TO HARASS AND RETALIATE. I WITNESSED WHAT HE HAD DONE TO SHY AND OTHER INMATES. HE COULD MOVE ME TO ANOTHER BUNK. HE COULD ISSUE A DISCIPLINARY REPORT. OR TELL INMATES I WAS RATTING THEM OUT AS HE HAD DONE TO OTHER INMATES IN THE PAST. SOME OF THEM HE WOULD GIVE STAFF TRAYS TO AS REWARDS TO CARRY OUT HIS RETALIATION.

28. THE FOLLOWING DAY, C.O BYRNES ACCOSTED ME AT MY BUNK AND SAID: "I DON'T KNOW WHY YOU GOT SO UPSET LAST NIGHT OVER THE BANANA---YOU'RE GAY, AREN'T YOU? I TOLD HIM "NO" AND EXPLAINED THAT INMATES SAY THAT BECAUSE OF MY CHARGES. THEN HE SAYS, "WELL, IF YOU'RE GAY I WON'T BOTHER YOU---I DON'T BOTHER THE FAGGOTS OVER THERE---AND NODS TOWARDS AN AREA OF THE DORM WERE SEVERAL OPENLY GAY INMATES ARE BUNKED." AGAIN, I DENY BEING GAY. THEN HE ARGUES, 'WELL, IF YOU COULD SUCK YOUR OWN DICK----WOULD YOU DO IT?" I ANSWERED: **NO, AND PLEASE STOP ASKING ME SUCH QUESTIONS!!**

29. I WENT AND SHOWERED. WHILE DOING SO I DECIDED TO FILE A GRIEVANCE. I GAVE MUCH THOUGHT TO MY DECISION. I HAD WITNESSED C.O. BYRNES RETALIATING AGAINST OTHER INMATES. ONE THAT DID LEGAL WORK, A WHITE GUY AND A LARGE, BLACK INMATE THAT WENT BY THE MONIKER OF "SHY"

30. I USED TO PLAY SCRABBLE WITH SHY. UNTIL ONE DAY C.O. BYRNES CAME TO ME AND TOLD ME HE WOULD PLANT A WEAPON ON MY BUNK AND ISSUE A DISCIPLINARY REPORT IF I DIDN'T STOP PLAYING GAMES WITH SHY. A WHITE INMATE FOUGHT SHY. WHEN THAT WHITE INMATE RETURNED FROM THE "HOLE" C.O. BYRNES WOULD GIVE HIM STAFF TRAYS, OFTEN, EVEN THOUGH HE WAS NOT A WORKER. BYRNES TOLD OTHER INMATES, 'THIS KID FOUGHT SHY---YOU SHOULD LOOK OUT FOR HIM."

# UNITED STATES DISTRICT COURT
# BOSTON MASSACHUSETTS DISTRICT

31. I DECIDED TO FILE A FORMAL GRIEVANCE. I WENT TO THE DESK AND REQUESTED ONE.
32. SOON AFTERWARDS, INMATE JEFF---THE ONE THAT STUCK THE BANANA IN MY FACE ON BEHALF OF C.O. BYRNES---ACCOSTED ME AT MY BUNK AND THREATENED TO FUCK ME UP-----IF I FILED A GRIEVANCE. HE TOLD ME, 'YOU WON'T MAKE IT TO THE GRIEVANCE BOX." HE TOLD ME NOT TO FILE THE GRIEVANCE BECAUSE BYRNES HAD ACCOSTED HIM SEVERAL TIMES AND TOLD HIM HE WOULD MAKE SURE THAT HE GOT INTO TROUBLE. THAT A PREA CASE WOULD BE LODGED AGAINST HIM AND THAT WOULD HURT HIS CASE.
33. RELUCTANTLY, I AGREED NOT TO FILE THE GRIEVANCE. HE INSISTED THAT I SHOW HIM THE GRIEVANCE TO PROVE I HAD NOT FILED IT. WHEN I DID SO, HE INSISTED THAT I DESTROY IT. I REFUSED. I TOLD JEFF TO TELL BYRNES THAT IF HE CONTINUED TO HARASS AND RETALIATE AGAINST ME---I WOULD FILE IT.
34. THAT NIGHT, DURING EVENING CHOW. I STARTED TO WATCH THE FOOTBALL GAME. BUT BYRNES ACCOSTED ME AND SAID TO EVERYONE, 'I'M GOING TO TURN THIS T.V. OFF IF SMITH IS WATCHING IT." WHEN I RETURNED TO MY BUNK I FOUND THAT I HAD MY STUFF SEARCHED AND MY PET SPIDER WAS GONE. TIMOTHY'S SPECIAL NEED CHAIR WAS ALSO GONE. BYRNES DENIED SEARCHING TAKING ANYTHING. BUT WE'RE CERTAIN HE DID SO. I TOLD JEFF TO LET BYRNES KNOW, I AM FILING MY GRIEVANCE ON HIM SOON!
35. <u>THE FOLLOWING MORNING, I GOT UP AND WENT TO URINATE BEFORE COUNT WAS CALLED.</u>
36. WHILE URINATING, COUNT WAS ANNOUNCED. THIS WAS NO BIG DEAL BECAUSE OFFICERS CAN SEE INMATES USING THE BATHROOM. THE WALL IS ONLY ABOUT 4FT HIGH. THE POLICY IS THAT, IF COUNT IS CALLED AND YOU'RE PISSING OR SHITTING, YOU REMAIN THERE UNTIL AFTER COUNT.
37. C.O. BYRNES USED THIS OPPORTUNITY TO MAKE IT SEEM AS IF I HAD DONE SOMETHING WRONG. HE WROTE ME UP FOR ALL SORTS OF STUFF, ALL OF IT LIES. HE DID SO PURELY IN RETALIATION FOR COMPLAINTS. HE DID SO AS HE KNEW I WAS FILING A GRIEVANCE AGAINST HIM. HE WANTED TO MAKE ME SEEM LIKE A LIAR, THAT I WAS FILING IT IN RETALIATION FOR HIM WRITING ME UP. WHEN IN ACTUALITY, IT WAS THE OTHER WAY AROUND!
38. I ASKED FOR A GRIEVANCE AND SPOKE TO HIS SUPERIOR OFFICERS ABOUT BYRNES HARASSMENT, SOON, HE IS ISSUING ME A **BOGUS** DISCIPLINARY REPORT.
39. AS THE INTERNAL AFFAIRS REPORT REVEALS, I HAD NEVER HAD ANY DISCIPLINARY PROBLEMS. NOT EVEN A WARNING ISSUED OR INFRACTION. NOT ONCE IN 10 MONTHS.
40. I WAS TAKEN TO SEGREGATION, WHICH IS IN THE MAIN BUILDING. WHILE IN THE HOLDING AREA, I ASKED TO SPEAK TO SPECIAL INVESTIGATIONS. I TOLD THAT PERSON: "THERE'S A GRIEVANCE AND 3 PAGE ATTACHMENT, IN MY PROPERTY THAT I WISH TO FILE." <u>I FINALLY FELT SAFE ENOUGH TO FILE IT!</u>
41. I WAS TOO AFRAID TO TURN IT OVER, WHILE IN THE DORM, NOT ONLY BECAUSE OF THE THREATS FROM I/M JEFF BUT I DID NOT TRUST ANY OF BYRNES SUPERIOR OFFICERS

**UNITED STATES DISTRICT COURT**
**BOSTON MASSACHUSETTS DISTRICT**

STATIONED IN THE ANNEX DORM. **THEY WERE ALL ON BYRNES SIDE**. MOST LIKELY, THEY WOULD NOT SUBMIT THE GRIEVANCE OR THEY WOULD DO SOMETHING TO PREVENT IT.

42. SHERIFF LEWIS HAD MANY, MANY COMPLAINTS AGAINST C.O. BYRNES. I ASKED PUBLIC RECORDS OFFICIAL DIANE M. COOK FOR A COPY OF BYRNES WORK FILE. I WAS DENIED THESE RECORDS. I WILL ASK THE JUDGE TO ORDER SHERIFF LEWIS PRODUCE ALL GRIEVANCES FILED AGAINST BYRNES! SHERIFF LEWIS DID NOTHING TO STOP BYRNES FROM PLAYING JUDGE AND JURY.
43. **SOON, CHRISTOPHER LENNON OF INTERNAL AFFAIRS INTERVIEWED ME. HE SUBSTANTIATED ALL OF MY ALLEGATIONS. FROM THE BUNK ASSIGNMENTS RETALIATION TO THE FALSE DISCIPLINARY, REPORT...AS WELL AS THE BANANA. ETC.,**
44. MR. LENNON SPOKE TO SEVERAL INMATES AND EVERYONE OF THEM VERIFIED MY ALLEGATIONS.
45. THEN, SEVERAL DAYS LATER, OFFICERS THAT WANTED TO HELP BYRNES, SOLICITED SEVERAL INMATES TO MAKE FALSE STATEMENTS TO MR. LENNON. **MOST LIKELY, THEY REWARDED THEM WITH STAFF TRAYS, JOBS AND PREFERRED BUNK ASSIGNMENTS.**

# INTERNAL AFFAIRS REPORT FINDINGS

46. THE REPORT FINDINGS ON PAGE 9 OF THE **INTERNAL AFFAIRS INVESTIGATION REPORT** FOUND C.O BYRNES GUILTY OF VIOLATING THE FOLLOWING POLICIES:

    1. **PREA POLICY**
       a. Staff/inmate sexual harassment
    2. **STANDARDS OF CONDUCT:**
       a. All employees shall speak the truth at all times under all circumstances.
       b. Correctional staff shall maintain the internal order, security and discipline of the facility. They shall remain alert at all times and respond to all problems in an efficient, responsible and evenhanded manner.
       c. Employees shall not engage in any activity contrary to the best interests of the WCSO ot to correction and law enforcement in general.
       d. Immoral, indecent, lewd or disorderly conduct.
       e. Other conduct unbecoming an officer/personnel which may not be specifically enumerated in these rules and regulations.
    3. **HARASSMENT OF INDIVIDUALS:**
       a. Protected Class Harassment

47. Mr. LENNON SPOKE WITH ME AND INFORMED ME THAT HE HAD SUBSTANTIATED MY ALLEGATIONS AND THAT HE WAS GOING TO HAVE THE DISCIPLINARY REPORT DISMISSED AND RETURN ME TO THE DORM. IN MY GRIEVANCE, I SPECIFICALLY REQUESTED THAT I NOT BE

# UNITED STATES DISTRICT COURT
# BOSTON MASSACHUSETTS DISTRICT

<ol start="47">
<li>TRANSFERRED BACK TO BARNSTABLE COUNTY JAIL. MR. LENNON TOLD ME, "YOU ARE GOING BACK TO THE DORM; AND IF ANY OFFICERS BOTHER YOU---LET ME KNOW!"</li>
<li>I RETURNED TO THE DORM BUT WAS SOON SUMMONED TO THE BUBBLE AND GREETED BY A SMIRKING OFFICER THAT WAS ON BYRNES SIDE. HE DIRECTED ME TO PACK UP MY SHIT. SOON, I WAS ESCORTED TO THE MAIN BUILDING AND HOUSED IN SEG. WITHIN A COUPLE HOURS I WAS TAKEN OUT AND TRANSFERRED BACK TO BARNSTABLE JAIL.</li>
<li>I HAD TO THROW OUT HUNDREDS OF DOLLARS WORTH OF PROPERTY. BARNSTABKLE WOULD ONLY ALLOW ME TO REENTER WITH LEGAL PROPERTY, AND EVEN SOME OF THAT WAS THROWN OUT.</li>
<li><u>A SUBSTANTIAL AMOUNT NEEDS TO BE AWARDED TO PREVENT THIS TYPE OF ABUSE FROM HAPPENING AGAIN. I AM STILL, A PRE-TRIAL INMATE, THAT FIERCLLY MAINTAINS HIS INNOCENCE. I EXPECT TO PROVE IT SOON. YET, HERE I AM, TRANSFERRED JAIL TO JAIL THROUGHOUT MASSACHUSETTS BECAUSE OFFICERS ARE HARASSING ME FROM ONE INSTITUTION TO THE NEXT. THEY TELL INMATES MY CHARGES AND ENCOURAGE THEM TO HARASS, INTIMIDATE, THREATEN AND ASSAULT ME.</u>  THIS HAS NOT OCCURRED AT BERKSHIRE COUNTY JAIL AND I HAVE BEEN HERE, WITH NO PROBLEMS, SINCE JANUARY 2020.</li>
<li>I FILED GRIEVANCES IN BARNSTABLE THAT THE C.O. TOLD INMATES MY CHARGES AND ANOTHER MADE SEXUAL REMARKS DURING COUNT.</li>
<li>IN PLYMOUTH C.O.'S TOLD INMATES MY CHARGES AND I WAS ASSAULTED. TWO DIFFERENT TIMES. BY MUCH YOUNGER INMATES.</li>
<li>IN BRISTOL, IT WAS SO BAD I WAS ON SUICIDE WATCH FOR 7 DAYS.</li>
<li>THE PLAINTIFF SEEKS 100,000 IN COMPENSATORY DAMAGES.</li>
<li>THE PLAINTIFF SEEKS 100, 00 IN PUNITIVE DAMAGES.</li>
<li>THE PLAINTIFF SEEKS A JURY TRIAL.</li>
</ol>

RESPECTFULLY SUBMITTED,

ON THIS __1ST__ DAY OF __NOV__ 2020

BY THE COMPLAINTANT

STEVEN P SMITH #17984
BERKSHIRE COUNTY JAIL
467 CHESHIRE ROAD
PITTSFIELD, MA 01201